# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHELLY STIVERS, on behalf of herself and all other similarly situated persons, known and unknown, | |
| Plaintiff, | No. 15-cv-09030 |
| v. | Judge Matthew F. Kennelly<br>Magistrate Judge Maria Valdez |
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY, | |
| Defendant. | |

**ORDER OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

This matter coming before the Court on Plaintiff's Agreed Motion for Preliminary Approval of Class Action Settlement, IT IS HEREBY ORDERED:

1) The parties' proposed class action settlement in this case is preliminarily fair, reasonable, and adequate, and meets all of the requirements of Rule 23 as a class action for settlement purposes.

2) For purposes of settlement only, a class is certified pursuant to Fed. R. Civ. P. 23 consisting of:

> All individuals who were employed by Illinois State Toll Highway as a toll collector and/or senior toll collector at any time during the period of October 13, 2012 until March 14, 2016.

3) Plaintiff Shelly Stivers is appointed as the class representative.

4) Bradley Manewith and Marc J. Siegel of Siegel & Dolan Ltd. are appointed as counsel for the settlement class.

5) Simpluris, Inc. is appointed as the Class Administrator to serve the Court in administering the notice, claims process, and disbursement of the Settlement Fund if the Court grants final approval of the settlement after the fairness hearing, as provided in the Settlement Agreement.

6) The form and content of the Notice of Proposed Class Action Settlement and Claim Form and the proposed plan for notification of Settlement Class Members are adequate, proper,

2

and comports with due process.  The Notice and Claim Form are to be sent out to class members as provided in the motion.

7) The final fairness hearing is scheduled for _____, 2016 at _____.

8) Counsel for the parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order of the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice and Claim Form that they jointly agree are reasonable or necessary.

ENTERED: _____, 2016

_____
Honorable Matthew F. Kennelly
United States District Court Judge