# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Shelly Stivers

                        Plaintiff,

v.                                         Case No.: 1:15−cv−09030

                                                       Honorable Matthew F. Kennelly

Illinois State Toll Highway Authority

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 9/14/2016. Motion for settlement [54] is granted subject to changes on the notice as discussed in open court. Fairness hearing is set for 1/11/2017 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.